IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VUK KANDIĆ and<br>VLADETA R. KANDIĆ a/ka/<br>BATA KANDA<br><br>Plaintiffs,<br><br>v.<br><br>RONNIE RAY BRYANT a/k/a<br>"BABY BASH," UNIVERSAL RECORDS,<br>A DIVISION OF UMG RECORDINGS,<br>INC., UMG RECORDINGS, INC.,<br>AMAYA-SOPHIA PUBLISHING,<br>MARANBERO PUBLISHING,<br>BUNGALO MADE MUSIC, AND<br>LATINO VELVET MUSIC,<br><br>Defendants. | Civil Action No. 3:06 -cv- 00777<br><br>JURY DEMAND |

## AFFIDAVIT OF JUDITH FINELL

Judith Finell, being first duly sworn, states as follows:

1    I am a professional musicologist and have been for many years. My qualifications as stated on my website are as follows:

> Judith Finell is a musicologist educated at a top graduate school (M.A., University of California, Berkeley - Major: Musicology, Specialization: 20th Century Music; B.A., U.C.L.A. - Major: Piano Performance). She has written extensively on contemporary music, including a 250-page book for the American Music Center: The Contemporary Music Performance Directory. She has written numerous articles on contemporary music, modern composers and techniques, and has edited a great deal of standard and modern music for publishers. She has also worked with many composers in developing their musical ideas and in creating new music technologies.

Judith Finell is President of Judith Finell MusicServices Inc., which is in its 27th year of providing a variety of services to the music industry, including representation of performing musicians and composers, career development, publicity, concert management, and consulting on special projects for music organizations.

COPYRIGHT INFRINGEMENT MATTERS

As a professional musicologist, Judith Finell provides music analyses, expert testimony, and research on copyright infringement matters. Advertising agencies and law firms call on Judith Finell MusicServices to provide opinions on the similarities and differences between two pieces of music, whether one might be a copy of the other, and related issues. Immediate, on-the-spot telephone consultations are available, as well as highly detailed, written analyses and research reports. We have worked with leading law firms as well as major advertising agencies, music production houses, and publishing and recording companies.

2  In December of 2006, I prepared for James H. Harris III, attorney for the plaintiff in this action, a report of my comparison of the musical work entitled Najciganskije Vašarsko Kolo with another musical work entitled Trees. Attached to this my affidavit is a true and correct copy of that report.

3  The information contained in my professional qualifications stated above and the facts and conclusions stated in my report are true and correct to the best of my knowledge, information, and belief.

Further, affiant says not.

_____
Judith Finell

STATE OF NEW YORK,

COUNTY OF WESTCHESTER:

Personally appeared before me, the undersigned notary public in and for said County and State above, the within named Judith Finell, with whom I am personally acquainted (or whose identify was proved to me), and who makes oath that the statements contained in the foregoing Affidavit are true and correct to the best of her knowledge, information, and belief.

Page 2 of 3

Case 3:06-cv-00777   Document 60-3   Filed 08/16/07   Page 2 of 3 PageID #: 467

Witness my hand this __15th__ day of August, 2007.

_____
Notary Public

My Commission Expires: __March 17, 2011__

KEISHA A. FROYZE-BROWN
Notary Public, State of New York
No. 01FR6089019
Qualified in Bronx County
Commission Expires March 17, 2011

Page 3 of 3